**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Wohl v. Insurgent Brands LLC D/B/A RXBAR

Case Number: 1:25-cv-01275

An appearance is hereby filed by the undersigned as attorney for:

Plaintiff Wohl and Plaintiff Castellanos

Attorney name (type or print): Carey Alexander

Firm: Clarkson Law Firm, P.C.

Street address: 260 Madison Avenue, 8th Floor

City/State/Zip: New York, NY 10016

Bar ID Number: 5188461
(See item 3 in instructions)

Telephone Number: (646) 290-6009

Email Address: calexander@clarksonlawfirm.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you a member of the court's general bar? ☑ Yes ☐ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

Are you appearing *pro hac vice*? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on  February 6, 2025

Attorney signature:  S/Carey Alexander
(Use electronic signature if the appearance form is filed electronically.)

Revised  07/19/2023