# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Melanie Wohl, et al.

                         Plaintiff,

v.                                       Case No.: 1:25–cv–01275
                                             Honorable John J. Tharp Jr.

Insurgent Brands LLC, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 7, 2025:

        MINUTE entry before the Honorable John J. Tharp, Jr: Upon review of the complaint, it fails to adequately plead subject matter jurisdiction. The complaint asserts jurisdiction under the Class Action Fairness Act, 28 U.S.C. § 1332(d)(2)(A), but it fails to plead the citizenship of either plaintiff or of defendant Insurgent Brands LLC d/b/a RxBar. First, an individual's citizenship is based on the state in which he is domiciled (which may differ from the state of residence). See generally Heinen v. Northrop Grumman Corp., 671 F.3d 669, 670 (7th Cir. 2012). Second, a limited liability company or other unincorporated association is a citizen of every state in which its members are citizens. See Fellowes, Inc. v. Changzhou Xinrui Fellowes Office Equip. Co., 759 F.3d 787, 788 (7th Cir. 2014). Finally, the complaint fails to make "specific factual allegations or assertions" explaining why "the amount in controversy is greater than $5 million." Ware v. Best Buy Stores, L.P., 6 F.4th 726, 733 (7th Cir. 2021). The plaintiff is granted leave to amend to address these issues by 2/28/2025. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.