**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: Wohl v. Insurgent Brands LLC

Case Number: 1:25-cv-1275

An appearance is hereby filed by the undersigned as attorney for:

Defendants Insurgent Brands LLC and Kellanova

Attorney name (type or print): Dean N. Panos

Firm: Jenner & Block LLP

Street address: 353 North Clark Street

City/State/Zip: Chicago, IL 60654

Bar ID Number: 6206300 (IL)
(See item 3 in instructions)

Telephone Number: (312) 923-2765

Email Address: dpanos@jenner.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you a member of the court's general bar? | ✓ | |
| Are you a member of the court's trial bar? | ✓ | |
| Are you appearing *pro hac vice*? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on February 11, 2025

Attorney signature: S/ Dean N. Panos
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023