# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MELANIE WOHL and ELENO CASTELLANOS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>INSURGENT BRANDS LLC D/B/A RXBAR and KELLANOVA,<br><br>Defendant. | Case No. 1:25-cv-1275<br><br>The Honorable John J. Tharp, Jr. |

## MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

Defendants Insurgent Brands LLC and Kellanova hereby move to dismiss Plaintiffs' First Amended Complaint, and every count therein, for failure to state a claim on which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6). In the alternative, Insurgent Brands and Kellanova move to dismiss Plaintiffs' claims for injunctive relief pursuant to Federal Rule of Civil Procedure 12(b)(1) because Plaintiffs lack standing to seek forward-looking injunctive relief.

Insurgent Brands and Kellanova's motion is based on this Motion, the accompanying Memorandum of Law, the accompanying Declaration of Alexander M. Smith and Exhibits 1–10 thereto, and any further evidence or argument that Insurgent Brands and Kellanova may offer in their reply brief, at oral argument on this motion, or otherwise.

Plaintiffs intend to oppose this motion. Pursuant to the Court's guidelines, the parties have agreed, subject to the Court's approval, that Plaintiffs' opposition brief shall be due on May 8, 2025 and that Insurgent Brands and Kellanova's reply brief shall be due on May 22, 2025.

WHEREFORE, Insurgent Brands and Kellanova respectfully request that this Court dismiss Plaintiffs' First Amended Complaint with prejudice and without further leave to amend.

1

Dated: April 8, 2025                    Respectfully submitted,

                                                    By: /s/ Dean N. Panos
                                                         Dean N. Panos
                                                         dpanos@jenner.com
                                                         Steven J. Tinetti
                                                         stinetti@jenner.com
                                                         Jenner & Block LLP
                                                         353 North Clark Street
                                                         Chicago, IL 60654
                                                         T: (312) 222-9350
                                                         F: (312) 527-0484

                                                         Alexander M. Smith
                                                         asmith@jenner.com
                                                         Jenner & Block LLP
                                                         515 S. Flower Street #3300
                                                         Los Angeles, CA 90071
                                                         T: (213) 239-5100
                                                         F: (213) 239-5199

                                                         Attorneys for Defendants
                                                         Insurgent Brands LLC and Kellanova

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document was filed on April 8, 2025 with the Clerk of the Court by using the CM/ECF system, which will effect electronic service on all parties and attorneys registered to receive notifications via the CM/ECF system.

Dated: April 8, 2025          By:     /s/ Dean N. Panos
                                                              Dean N. Panos