# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MELANIE WOHL and ELENO CASTELLANOS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>INSURGENT BRANDS LLC D/B/A RXBAR and KELLANOVA,<br><br>Defendant. | Case No. 1:25-cv-1275<br><br>The Honorable John J. Tharp, Jr. |

## DECLARATION OF ALEXANDER M. SMITH

I, Alexander M. Smith, declare and state as follows pursuant to 28 U.S.C. § 1746:

1. I am a partner at Jenner & Block LLP, which represents Defendants Insurgent Brands LLC and Kellanova in the above-captioned matter. I offer this declaration in support of Insurgent Brands and Kellanova's motion to dismiss Plaintiffs' First Amended Complaint ("FAC"). I have personal knowledge of the facts set forth in this declaration, and I could and would testify thereto if called upon to do so.

2. This lawsuit challenges the labeling of RXBAR products. Plaintiffs' FAC includes images of the front label of several RXBAR products. *See* FAC ¶ 3. It does not include complete images of any of those products, including both the front and back label.

3. On or around April 3, 2025, I purchased a "Variety Pack" of ten different varieties of RXBAR products from Amazon.com, including: (a) Strawberry RXBAR; (b) Blueberry RXBAR; (c) Chocolate Sea Salt RXBAR; (d) Peanut Butter RXBAR; (e) Chocolate Peanut Butter RXBAR; (f) Vanilla Almond RXBAR; (g) Coconut Chocolate RXBAR; (h) Blueberry Cashew Nut Butter Nut & Oat RXBAR; (i) Honey Cinnamon Peanut Butter Nut & Oat RXBAR; and (j)

1

Dark Chocolate Peanut Butter Nut & Oat RXBAR. I then took photos of the front and back labels of these ten products, all of which are substantially similar in form and layout, using my iPhone.

4. Attached as **Exhibit 1** is a true and correct image of the labeling of the Strawberry RXBAR, including both the front and back label.

5. Attached as **Exhibit 2** is a true and correct image of the labeling of the Blueberry RXBAR, including both the front and back label.

6. Attached as **Exhibit 3** is a true and correct image of the labeling of the Chocolate Sea Salt RXBAR, including both the front and back label.

7. Attached as **Exhibit 4** is a true and correct image of the labeling of the Peanut Butter RXBAR, including both the front and back label.

8. Attached as **Exhibit 5** is a true and correct image of the labeling of the Peanut Butter Chocolate RXBAR, including both the front and back label.

9. Attached as **Exhibit 6** is a true and correct image of the labeling of the Vanilla Almond RXBAR, including both the front and back label.

10. Attached as **Exhibit 7** is a true and correct image of the labeling of the Coconut Chocolate RXBAR, including both the front and back label.

11. Attached as **Exhibit 8** is a true and correct image of the labeling of the Blueberry Cashew Butter Nut Butter & Oat RXBAR, including both the front and back label.

12. Attached as **Exhibit 9** is a true and correct image of the labeling of the Honey Cinnamon Peanut Butter Nut Butter & Oat RXBAR, including both the front and back label.

13. Attached as **Exhibit 10** is a true and correct image of the labeling of the Dark Chocolate Peanut Butter Nut Butter & Oat RXBAR, including both the front and back label.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct to the best of my knowledge.

Executed on April 8, 2025 in Los Angeles, California.

_____
Alexander M. Smith