# **EXHIBIT 2**



