# **EXHIBIT 4**



