**EXHIBIT 10**



