# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF ILLINOIS

# EASTERN DIVISION

| | |
|---|---|
| MELANIE WOHL and ELENO CASTELLANOS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INSURGENT BRANDS LLC D/B/A RXBAR and KELLANOVA,<br><br>Defendants. | Case No.: 1:25-cv-01275<br><br>Hon. John J. Tharp, Jr.<br><br>**PLAINTIFFS' NOTICE OF SUBSTITUTION OF COUNSEL WITHIN THE SAME FIRM** |

Pursuant to Local Rule 83.17, Plaintiffs respectfully notify the Court and all parties that Carey Alexander hereby withdraws as attorney of record for Plaintiffs and that the undersigned counsel of the same firm hereby substitutes as attorney of record for Plaintiffs.

Dated: April 8, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 */s/ Derek Y. Brandt*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Derek Y. Brandt (Bar #6228895)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**CLARKSON LAW FIRM, P.C.**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　22525 Pacific Coast Highway
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Malibu, CA 90265
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Tel: (618) 404-0126
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　dbrandt@clarksonlawfirm.com

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2025, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

By: _/s/ Derek Y. Brandt_
Derek Y. Brandt